## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Edwin Alexis Santiago-Rodríguez,        )

Petitioner,                             )

                                        )

v.                                      )

                                        )   Case No.:26-1320(MAJ)

U.S. CITIZENSHIP AND IMMIGRATION        )
SERVICES; NATALIA FIGUEROA, in her
official capacity as Field Office Director, San   )
Juan Field Office; KIKA SCOTT, in her
official capacity as Acting Director, District 9   )
Miami District Office; JOSEPH EDLOW, in
his official capacity as Director, U.S.          )
Citizenship and Immigration Services; and
MARKWAYNE MULLIN, in his official        )
capacity as Secretary of the U.S. Department
of Homeland Security,                    )

                                        )

Respondents.                            )

### INFORMATIVE MOTION REGARDING SCHEDULING
### OF I-130 INTERVIEW

TO THE HONORABLE COURT:

COME NOW Petitioner Edwin Alexis Santiago-Rodríguez, through undersigned counsel, and respectfully submits this Informative Motion to advise the Court of a material development in the underlying administrative proceedings:

1.    On June 23, 2026, USCIS issued a Notice of Interview scheduling an appointment for the adjudication of the I-130 Petition for Alien Relative (Receipt No. IOE9458751571), filed by Petitioner Edwin Alexis Santiago-Rodríguez on behalf of

his wife, Maria Gabriela Vargas-Mendoza (A232-278-664). The interview is scheduled for July 8, 2026, Time: 10:45 a.m., at U.S. Citizenship & Immigration Services, 273 Ponce de León, Suite 1110, 273 Plaza, San Juan, PR 00917. A copy of the USCIS Interview Notice (Notice Date: June 23, 2026) is attached hereto as Exhibit 1.

2.      Since the Petition for Alien Realtive (I-130) was filed on March 24, 2025, now over fifteen months ago, USCIS has neither approved, denied, nor issued a Request for Evidence on the petition. The I-130 remains pending and unadjudicated.

3.       The relief sought in the Petition is adjudication of the I-130, not mere scheduling. Because the I-130 remains pending, a live case or controversy exists.

4.      On May 6, 2026, the Immigration Judge granted Mrs. Vargas-Mendoza voluntary departure with a departure deadline of September 3, 2026.  If USCIS does **not adjudicate** the I-130 before that date, 8 U.S.C. § 1229c(d)(1) will automatically impose a ten-year statutory bar on adjustment of status, cancellation of removal, voluntary departure, change of status, and registry. The interview is scheduled for July 8, 2026, and the departure deadline is approximately seventy (70) days away. The harm identified in the Petition remains live, acute, and irreparable.

5.  Should USCIS adjudicate the I-130 and the petition be approved prior to the voluntary departure deadline, Petitioner will immediately notify this Court and move to dismiss. If no adjudication occurs within a reasonable time following the July 8, 2026 interview, Petitioner will seek expedited relief.

WHEREFORE, Petitioner Edwin Alexis Santiago-Rodríguez respectfully requests that this Court: (a) take note of the scheduling of the I-130 interview for July 8, 2026.

At San Juan, Puerto Rico, June 25, 2026

RESPECTFULLY SUBMITTED,

s/ RAYMOND L. SÁNCHEZ MACEIRA
USDC: 211405
COUNSEL FOR DEFENDANT
PO BOX 191972
SAN JUAN, PR 00919
TEL. 721-3370/FAX 721-4706
sanchezlaw264@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on June 25, 2026, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: To All parties of record.

In San Juan P.R. June 25, 2026.

S/RAYMOND L. SANCHEZ-MACEIRA
USDC NO. 211405
PO BOX 191972
SAN JUAN, PR 00919
Tel. 787-721-3370/ FAX 787-751-6697