

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9458751571 | 029232451493 | I-130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** 03/24/2025 | **Priority Date** 03/24/2025 | **Petitioner** SANTIAGO RODRIGUEZ, EDWIN ALEXIS |
| **Notice Date** 06/23/2026 | **Page** 1 of 2 | **Beneficiary** A232 278 664 VARGAS MENDOZA, MARIA GABRIELA |

EDWIN ALEXIS SANTIAGO RODRIGUEZ
URB ROLLING HILLS C110 CALLE BRAZIL
CAROLINA PR 00987

**Please come to:**

273 PONCE DE LEON, SUITE 1110
273 PLAZA
SAN JUAN, PR 00917
USA

**On (Date):** Wednesday, July 08, 2026
**At (Time):** 10:45AM

<u>Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application.</u> (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

*NOTE:* Every adult who comes to the interview must bring Government-issued photo identification in order to enter the building and verify identity at the time of the interview. You should not bring your children or other family members unless otherwise instructed.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government-issued photo identification.
- Evidence of your United States Citizenship or Lawful Permanent Resident status (if you are the petitioner).
- If you or the beneficiary do not speak English fluently, you must bring an interpreter with you to your interview. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- If you, the petitioner, have filed the Form I-130 based on marriage, in addition to your husband or wife (the beneficiary) coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - If either you or your husband or wife were ever married before, all divorce decrees/death certificates for each prior marriage/former husband or wife;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your husband's or wife's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your husband or wife may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- If you, the petitioner, have filed the Form I-130 based on a parent/child relationship, bring:
  - Birth Certificate(s) for child/ren, and custody papers if applicable;
  - Adoption decree if applicable.
- Originals and copies of each supporting document that you previously submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

To request a disability accommodation, go to **www.uscis.gov/accommodations** or call the USCIS Contact Center at as soon as possible, **even if you indicated on your application that you require an accommodation.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOTIABANK PLAZA
U.S. CITIZENSHIP & IMMIGRATION SVC
273 PONCE DE LEON, SUITE 1100
SAN JUAN PR 917

**USCIS Contact Center: www.uscis.gov/contactcenter**





| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9458751571 | 029232451493 | I-130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** | **Priority Date** | **Petitioner** |
| 03/24/2025 | 03/24/2025 | SANTIAGO RODRIGUEZ, EDWIN ALEXIS |
| **Notice Date** | **Page** | **Beneficiary**  A232 278 664 |
| 06/23/2026 | 2 of 2 | VARGAS MENDOZA, MARIA GABRIELA |

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

SCOTIABANK PLAZA
U.S. CITIZENSHIP & IMMIGRATION SVC
273 PONCE DE LEON, SUITE 1100
SAN JUAN PR 917

**USCIS Contact Center: www.uscis.gov/contactcenter**

